NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RANDALL G. REEVES,                          )
                                            )
        Appellant,                          )
                                            )
v.                                          )        Case No. 2D17-2678
                                            )
U.S. BANK NATIONAL ASSOCIATION,             )
AS TRUSTEE, SUCCESSOR IN                    )
INTEREST TO WILMINGTON TRUST                )
COMPANY, AS TRUSTEE,                        )
SUCCESSOR IN INTEREST TO                    )
BANK OF AMERICA NATIONAL                    )
ASSOCIATION, AS TRUSTEE,                    )
SUCCESSOR BY MERGER TO                      )
LASALLE BANK NATIONAL                       )
ASSOCIATION, AS TRUSTEE FOR                 )
LEHMAN XS TRUST MORTGAGE                    )
PASS-THROUGH CERTIFICATES,                  )
SERIES 2007-06; TRACY G. REEVES;           )
GREYHAWK LANDING PROPERTY                   )
OWNERS ASSOCIATION, INC.;                   )
CITIBANK, N.A.; FORD MOTOR                  )
CREDIT COMPANY, LLC,                        )
A DELAWARE LIMITED LIABILITY               )
COMPANY FKA FORD MOTOR                      )
CREDIT COMPANY; GREGORY E.                  )
VINE; SUSAN A. VINE; MORTGAGE              )
ELECTRONIC REGISTRATION                     )
SYSTEMS, INC., AS NOMINEE FOR               )
UNIVERSAL AMERICAN MORTGAGE                 )
COMPANY, LLC; UNKNOWN TENANT                )
IN POSSESSION 1; UNKNOWN                    )
TENANT IN POSSESSION 2;                     )
UNKNOWN SPOUSE OF RANDALL                   )
G. REEVES; UNKNOWN SPOUSE OF                )
TRACY G. REEVES,                           )

                                                    )
            Appellees.                              )
_____)

Opinion filed April 4, 2018.

Appeal from the Circuit Court for Manatee County; Gilbert A. Smith, Jr., Judge.

Michael P. Fuino of Weidner Law, P.A., St. Petersburg, for Appellant.

Nancy M. Wallace and Ryan D. O'Connor of Akerman LLP, Tallahassee, and William P. Heller of Akerman LLP, Orlando, for Appellee U.S. Bank National Association, as trustee, successor in interest to Wilmington Trust Company, as trustee, successor in interest to Bank of America National Association, as trustee, successor by merger to LaSalle Bank National Association, as trustee for Lehman XS Trust Mortgage Pass-Through Certificates, Series 2007-06.

PER CURIAM.

            Affirmed.

NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.